LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 14-07196 BRO (GJSx) | Date | December 4, 2015 |
|---|---|---|---|
| Title | TREVOR DIXON V. MAGNA-RX, INC. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE

Pending before the Court is Plaintiff Trevor Dixon's Motion for Terminating Sanctions. (Dkt. No. 39.) Plaintiff filed his Motion for Terminating Sanctions on November 16, 2015, noticing a hearing date of December 14, 2015. (*Id.*) Under the Central District's Local Rules, a party must oppose a motion at least twenty-one (21) days prior to the scheduled hearing date. C.D. Cal. L.R. 7-9. Accordingly, Defendant Magna-Rx Inc.'s Opposition to Plaintiff's Motion for Terminating Sanctions was due no later than November 23, 2015. Yet as of today, Defendant has filed no opposition. (*See also* Dkt. No. 40.) Pursuant to Local Rule 7-12, failure to file an opposition "may be deemed consent to the granting . . . of the motion." C.D. Cal. L.R. 7-12.

Accordingly, Defendant is **ORDERED TO SHOW CAUSE** as to why the Court should not grant Plaintiff's Motion. **Both (1) Defendant's response to this Order,[1] and (2) Defendant's opposition to the Motion for Terminating Sanctions, if any, shall be filed by no later than Wednesday, December 9, 2015, at 4:00 p.m.** Defendant's failure to file an opposition by the designated deadline may result in the granting of Plaintiff's Motion. *See* C.D. Cal. L.R. 7-12.

**IT IS SO ORDERED.**

:

Initials of Preparer    rf

---

[1] An appropriate response to this Order will include reasons demonstrating good cause for Defendant's failure to file an opposition to Plaintiff's Motion.